IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 315-013-05 |
| KATI LYNN GRANTHAM, | * | |
| Defendant. | * | |

**ORDER**

The defendant, Kati Lynn Grantham, was sentenced and remanded to the custody of the United States Marshal on June 23, 2016.

The surety, Estelle Miller, has requested, through Defendant's counsel, exoneration of the $2,500.00 cash bond posted on December 15, 2015 for defendant Kati Lynn Grantham.

IT IS HEREBY ORDERED that the cash bond posted on behalf of of this defendant, plus all accrued interest thereon, be returned to surety Estelle Miller at 310 Etheridge Drive, Brunswick, Georgia, 31525.

SO ORDERED this 15th day of August, 2016 at Augusta, Georgia.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA